CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

**The following constitutes**
**the order of the court. Signed August 10, 2009**

_____

Roger L. Efremsky
U.S. Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re | )    Case No.: 09-54787 rle |
| | ) |
| MITCHELL S. ZUCKER, and | )    Chapter 11 |
| JACQULIN E. ZUCKER, | ) |
| | )    **ORDER ON** |
| Debtors. | )    **NOTICE OF DEBTOR'S INTENT** |
| | )    **TO ABANDON REAL PROPERTY** |
| | ) |
| | )    **Judge Roger L. Efremsky** |

THE DEBTORS, having caused to be filed a Notice of Debtor's Intent to Abandon Real Property, and served thereopon all creditors, the United States Trustee and all parties in interest in the above referenced case, and no party filing an objection or request for hearing within 20 days from date of service of said notice, and the Court having reviewed the pleadings on file herein, and good cause having been shown:

IT IS HEREBY ORDERED that the Debtor's abandonment of the following described properties of the estate is hereby approved:

    a.     6650 W. Warm Springs Rd., #1022, Las Vegas, Nevada;

    b.     6650 W. Warm Springs Rd., #1043, Las Vegas, Nevada;

    c.     5401 E. Van Buren St. #11-1080, Phoenix, Arizona;

    d.     Lot 27 Via Palma Dr., N. Myrtle Beach, South Carolina;

e.      101 Upper Ranch View Rd., Graney, Colorado;

f.      40013 Fairchild Ct., Peru, Indiana;

g.      321-323 Harry Ave., LeHigh Acres, Florida;

h.      5401 E. Van Buren St., #11-1116, Phoenix, Arizona.

**END OF ORDER**

COURT SERVICE LIST

U.S. Trustee
280 S. First St., #268
San Jose, CA 95113