Entered on Docket
September 28, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 28, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

RONALD D. ROUP, ESQ. (94495)
JOAN C. SPAEDER-YOUNKIN, ESQ. (192235)
ROUP & ASSOCIATES
23101 LAKE CENTER DRIVE #310
LAKE FOREST, CA 92630
TELEPHONE: (949) 472-2377
FACSIMILE: (949) 472-2317
Attorneys for Secured Creditor,
SUNTRUST MORTGAGE INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re MITCHELL SCOTT ZUCKER & JACQUILIN ELAINE ZUCKER, <br> Debtor(s). <br><br> SUNTRUST MORTGAGE INC., successor by merger to CRESTAR MORTGAGE, and/or its ASSIGNEES or SUCCESSORS, <br><br> Movant, <br><br> vs. <br><br> MITCHELL SCOTT ZUCKER & JACQUILIN ELAINE ZUCKER, Debtors <br><br> Respondents. | Case No. 09-54787-RLE11 <br><br> Chapter 11 <br><br> R.S. No. RDR-1 <br><br> ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY <br><br> Judge: Roger L. Efremsky <br><br> Date: September 9, 2009 <br> Time: 10:30 A.M. <br> Courtroom: 3099 |

Moving party creditor's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362 came on for noticed hearing on September 9, 2009, at 10:30 A.M. in Courtroom "3099" of the United States Courthouse located at 280 South First Street, San Jose, California, the Honorable Roger L. Efremsky, presiding. All appearances were as noted in the Courts record.

Base upon pleadings contained herein and oral argument,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion is granted under 11 U.S.C. § 362. The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its

successors, transferees and assigns ("Movant").  Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

Federal Rule of bankruptcy Procedure 4001(a)(3) is waived.

The real property affected by this Order ("real property") is located at **5401 E Van Buren St, #1116, Phoenix, Arizona 85008,** and more particularly described in Exhibit 2 of the Declaration of Rebecca A. Lee which appears as document number 39 on the docket.

** END OF ORDER **

Court Service List

Debtor(s):
Mitchell Scott Zucker
4196 Monet Cr.
San Jose, CA 95136

Jacqulin Elaine Zucker
4196 Monet Cr.
San Jose, CA 95136

Debtor(s) Attorney:
Charles B. Greene
Law Offices of Charles B. Greene
84 W Santa Clara St. #770
San Jose, CA 95113

United States Trustee:
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Top 20 Creditors:
Aurora Home Loans
P.O. Box 78111
Phoenix, AZ 85062

Aurora Home Loans
P.O. Box 78111
Phoenix, AZ 85062

Bank of America
P.O. Box 10219
Van Nuys, CA 91410

Bank of America
P.O. Box 851001
Dallas, TX 75285

Bank of America
P.O. Box 851001
Dallas, TX 75285

Capital One
P.O. Box 60599
City Of Industry, CA 91716

| | |
|---|---|
| 1 | CitiBank<br>P.O. Box 6940 |
| 2 | The Lakes, NV 88901 |
| 3 | Credit Bureau of Easter |
| 4 | P.O. Box 276<br>115 E. Main St. |
| 5 | Idaho Falls, ID 83415 |
| 6 | First Franklin<br>P.O. Box 660598 |
| 7 | Dallas, TX 75266 |
| 8 | Grand County Treasurer |
| 9 | P.O. Box 288<br>Hot Sulphur Springs, CO |
| 10 | 80451 |
| 11 | Homeq<br>P.O. Box 79230 |
| 12 | City Of Industry, CA 91716 |
| 13 | National City Mortgage |
| 14 | P.O. Box 1821<br>Dayton, OH 45482 |
| 15 | |
| 16 | National City Mortgage<br>P.O. Box 1821<br>Dayton, OH 45482 |
| 17 | |
| 18 | National City Mortgage<br>P.O. Box 1821 |
| 19 | Dayton, OH 45482 |
| 20 | Nevada Assoc. Services<br>6224 W. Desert Inn Rd. #A |
| 21 | Las Vegas, NV |
| 22 | Red Rox Condo Assoc.<br>9362 E. Raintree Dr. |
| 23 | Scottsdale, AZ 85260 |
| 24 | Robert Duncan, CPA |
| 25 | 2261 Lava Ridge Ct.<br>Roseville, CA 95661 |
| 26 | |
| 27 | Suntrust<br>P.O. Box 79041<br>Baltimore, MD 21279 |
| 28 | |

Teton Springs Water
75 W. 950 S. #3
Victor, ID 83455

Wells Fargo
P.O. Box 30927
Los Angeles, CA 90030