The following constitutes
the order of the court. Signed September 30, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

| | |
|---|---|
| Polk, Prober & Raphael,<br>A Law Corporation<br>Dean Prober, Esquire, #106207<br>Lee S. Raphael, Esquire, #180030<br>Cassandra J. Richey, Esquire #155721<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365<br>(818) 227-0100<br>Attorneys for Secured Creditor U.S. Bank, National Association, as successor Trustee to Bank of America, N.A., as successor by merger to LaSalle Bank National Association as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4<br>H.074-558 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MITCHELL SCOTT ZUCKER AND JACQULIN ELAINE ZUCKER,<br>    Debtors.<br>_____ | ) Bk. No. 09-54787<br>)<br>) CHAPTER 11<br>)<br>) R.S. No. DRP – 532<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date : September 16, 2009<br>) Time : 10:30 a.m.<br>) Place : U.S. Bankruptcy Court<br>)         280 South First Street<br>)         San Jose, California<br>)         Courtroom 3099 |

       The Motion for Relief from Automatic Stay of U.S. Bank, National Association, as successor Trustee to Bank of America, N.A., as successor by merger to LaSalle Bank National Association as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust,

| | |
|---|---|
| 1 | Mortgage Loan Asset-Backed Certificates, Series 2007-4, its assignees and/or successors in |
| 2 | interest, came on for hearing on September 16, 2009 at 10:30 a.m., before the Honorable Roger |
| 3 | L. Efremsky. Appearances are as set forth in the Court's docket. |
| 4 | The Court after reviewing the pleadings and records, and after determining |
| 5 | that GOOD CAUSE exists, makes the following Order: |
| 6 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic |
| 7 | Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. |
| 8 | Bank, National Association, as successor Trustee to Bank of America, N.A., as successor by |
| 9 | merger to LaSalle Bank National Association as Trustee for Merrill Lynch First Franklin |
| 10 | Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4, its assignees |
| 11 | and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or |
| 12 | successors in interest may proceed with foreclosure of the subject Property generally described as |
| 13 | **5401 East Van Buren Street Unit 11-1080, Phoenix, Arizona** pursuant to applicable statutory |
| 14 | law, and thereafter commence any action necessary to obtain complete possession thereof. |
| 15 | IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule |
| 16 | 4001(a)(3) is waived. |
| 17 | |
| 18 | ** END OF ORDER** |

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Mitchell Scott Zucker |
| | Jacqulin Elaine Zucker |
| 4 | 4196 Monet Cr. |
| | San Jose, CA 95136 |
| 5 | Debtors |
| 6 | Charles B. Greene, Esquire |
| | Law Offices of Charles B. Greene |
| 7 | 84 West Santa Clara Street, Suite 770 |
| | San Jose, CA 95113 |
| 8 | Attorney for Debtors |
| 9 | |
| | U.S. Trustee |
| 10 | U.S. Federal Building |
| | 280 South First Street #268 |
| 11 | San Jose, CA 95113-3004 |
| 12 | |
| | Polk, Prober & Raphael, A Law Corporation |
| 13 | 20750 Ventura Boulevard, Suite 100 |
| | Woodland Hills, California 91364 |
| 14 | |
| ... | |
| 28 | |