# Notice Recipients

District/Off: 0971−5          User: bgapuz          Date Created: 9/30/2009
Case: 09−54787               Form ID: pdfeoc       Total: 5

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
aty          Charles B. Greene          cbgattyecf@aol.com
aty          Dean Prober          cmartin@pprlaw.net

                                                                 TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Mitchell Scott Zucker          4196 Monet Cr.          San Jose, CA 95136
jdb          Jacqulin Elaine Zucker          4196 Monet Cr.          San Jose, CA 95136

                                                                 TOTAL: 2