CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor§

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 09-54787 rle |
| MITCHELL S. ZUCKER & JACQULIN E. ZUCKER, | Chapter 11 |
| Debtors. | NOTICE OF NON-OPPOSITION |
| | Date: February 10, 2010 |
| | Time: 10:30 a.m. |
| | Judge Roger L. Efremsky |

DEBTORS, MITCHELL S. ZUCKER and JACQULIN E. ZUCKER, hereby do not oppose the motion for relief from automatic stay which has been brought by Citibank.

DATED January 22, 2010.

                                          /s/ Charles B. Greene
                                        **CHARLES B. GREENE**
                                        **Attorney for Debtor**

NOTICE OF NON-OPPOSITION