Entered on Docket
March 23, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 23, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

JaVonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, California 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Citibank N.A. as Successor Trustee for the holders
of MASTR Adjustable Mortgages Trust 2007-HF2
in a Securitization transaction pursuant to Pooling
and Servicing Agreement dated as of July 1 2007,
its assignees and/or successors and the servicing
agent Barclays Capital Real Estate Inc. dba HomEq Servicing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 09-54787 E |
| Mitchell Scott Zucker, | Chapter 11 |
| Jacqulin Elaine Zucker, | RS No. GJB-3977 |
| Debtors. | **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: 02/10/2010 |
| | Time: 10:30AM |
| | Ctrm: 3099 |
| | Place: 280 S. First Street |
| | San Jose, CA |
| | Judge: Roger L. Efremsky |

The motion of Secured Creditor, Citibank N.A. as Successor Trustee for the holders of MASTR Adjustable Mortgages Trust 2007-HF2 in a Securitization transaction pursuant to Pooling and Servicing Agreement dated as of July 1 2007, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth

| | |
|---|---|
| 1 | above, before the Honorable Roger L. Efremsky. Movant, Citibank N.A. as Successor Trustee |
| 2 | for the holders of MASTR Adjustable Mortgages Trust 2007-HF2 in a Securitization transaction |
| 3 | pursuant to Pooling and Servicing Agreement dated as of July 1 2007, its assignees and/or |
| 4 | successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing |
| 5 | appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Gregory J. |
| 6 | Babcock, Esq. All other appearances are as noted in the court record. |

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant Citibank N.A. as Successor Trustee for the holders of MASTR Adjustable Mortgages Trust 2007-HF2 in a Securitization transaction pursuant to Pooling and Servicing Agreement dated as of July 1 2007, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing, in the real property commonly known as 40013 Fairchild Court, Peru, IN 46970-8726.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\* END OF ORDER \*\***

File No. CA09-35646
Order on Motion For Relief From Stay
Case No. 09-54787 E

2

Case: 09-54787    Doc# 114    Filed: 03/23/10    Entered: 03/23/10 08:05:39    Page 2 of 6

# COURT SERVICE LIST

DEBTOR
Mitchell Scott Zucker
4196 Monet Circle
San Jose, CA 95136

CO-DEBTOR
Jacqulin Elaine Zucker
4196 Monet Circle
San Jose, CA 95136

COUNSEL FOR DEBTORS
Charles B. Greene
Law Offices of Charles B. Greene
84 W Santa Clara St. #770
San Jose, CA 95113

US TRUSTEE
United States Trustee
280 S 1st St #268
San Jose, CA 95113-3004

ATTORNEY FOR MOVANT
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

SPECIAL NOTICE
Twenty Largest Unsecured Creditors – All Unsecured Creditors Are Served

First Franklin
ATTN: MANAGING AGENT
P.O. Box 660598
Dallas, TX 75266

Grand County Treasurer
ATTN: MANAGING AGENT
P.O. Box 288
Hot Sulphur Springs, CO 80451

Teton Springs Water
ATTN: MANAGING AGENT
75 W. 950 S. #3
Victor, ID 83455

| | |
|---|---|
| 1 | Wells Fargo |
| 2 | ATTN: MANAGING AGENT |
|   | P.O. Box 30927 |
| 3 | Los Angeles, CA 90030 |
| 4 | Aurora Home Loans |
| 5 | ATTN: MANAGING AGENT |
|   | P.O. Box 78111 |
| 6 | Phoenix, AZ 85062 |
| 7 | Bank of America |
| 8 | ATTN: MANAGING AGENT |
|   | P.O. Box 10219 |
| 9 | Van Nuys, CA 91410 |
| 10 | |
|    | Capital One |
| 11 | ATTN: MANAGING AGENT |
|    | P.O. Box 60599 |
| 12 | City Of Industry, CA |
| 13 | |
|    | CitiBank |
| 14 | ATTN: MANAGING AGENT |
|    | P.O. Box 6940 |
| 15 | The Lakes, NV 88901 |
| 16 | |
|    | Credit Bureau of Easter |
| 17 | ATTN: MANAGING AGENT |
|    | P.O. Box 276 |
| 18 | 115 E. Main St. |
| 19 | Idaho Falls, ID 83415 |
| 20 | |
|    | Red Rox Condo Assoc. |
| 21 | ATTN: MANAGING AGENT |
|    | 9362 E. Raintree Dr. |
| 22 | Scottsdale, AZ 85260 |
| 23 | |
|    | Robert Duncan, CPA |
| 24 | ATTN: MANAGING AGENT |
|    | 2261 Lava Ridge Ct. |
| 25 | Roseville, CA 95661 |
| 26 | |
|    | Suntrust |
| 27 | ATTN: MANAGING AGENT |
|    | P.O. Box 79041 |
| 28 | Baltimore, MD 21279 |
| 29 | |

SPECIAL NOTICE

Bank of America
ATTN: MANAGING AGENT
P.O. Box 851001
Dallas, TX 75285

Katherine L. Johnson
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Attn: Ramesh Singh
Miami, FL 33131-1605

Homeq
ATTN: MANAGING AGENT
P.O. Box 79230
City Of Industry, CA 91716

National City Mortgage
ATTN: MANAGING AGENT
P.O. Box 1821
Dayton, OH

Nevada Assoc. Services
ATTN: MANAGING AGENT
6224 W. Desert Inn Rd. #A
Las Vegas, NV 89146

First Franklin Financial Corp.
POLK, PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Aurora Loan Services
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
917 S. VILLAGE OAKS DRIVE SUITE 200
Covina, CA 91724

5

File No. CA09-35646
Court's Service List
Case No. 09-54787 E

Case: 09-54787   Doc# 114   Filed: 03/23/10   Entered: 03/23/10 08:05:39   Page 5 of 6

| | |
|---|---|
| 1 | SunTrust Mortgage Inc. |
| 2 | c/o Roup & Associates |
| | 23101 Lake Center Drive, Suite 310 |
| 3 | Lake Forest, CA 92630 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |